|   |   |
|---|---|
| Attorney at Law<br>Twin Oaks Office Plaza<br>477 Ninth Avenue, Suite 112<br>San Mateo, California 94402-1854<br>Telephone:   (650) 348-1444<br>Facsimile:    (650) 348-8655<br>Email:         rks@attycubed.com<br><br>Attorney for Plaintiff<br>NWC NATURALS PET PRODUCTS LLC | JS-6<br>FILED: JUN 10, 2014 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NWC NATURALS PET PRODUCTS LLC, a California limited liability corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>PAWHEALER.COM, a business entity of unknown formation, HOLLY MEAD, an individual, and DOES 1-10,<br><br>            Defendants. | Case No:    SA CV 14-00658-GHK (PLAx)<br><br>The Honorable George H. King<br><br>[~~PROPOSED~~] ORDER RE REQUEST FOR DISMISSAL AS TO ALL DEFENDANTS WITHOUT PREJUDICE<br><br><br><br>Demand for Jury Trial |

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed as to all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

IT IS SO ORDERED.

Dated:  6/10/14

_____
United States District Judge
Honorable George H. King